UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

<u>Western</u> DIVISION

RECEIVED

JAN 0 4 2018

CLERK, US DISTRICT COURT
RAPID CITY, S. DAK.

Clayton G. Walker                          )
_____          )
_____          )
_____          )
(Enter the full name of the Plaintiff[s] in this action)  )
                                           )
vs.                                        )
                                           )
Shantel Krebs                              )
office  capacity                           )
SOS office                                 )
State of South Dakota                      )
United States                              )
(Enter the full name of **ALL** Defendant[s] in this )
action.  Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties.  Merely listing one party and "et al." is )
insufficient.  Please attach additional sheets if )
necessary.)                                )

Case No. ___18-5010_____
(To be assigned by
Clerk of District Court)

Declaratory, monitoring
permanent + temporary
Injunctive Relief

Declare an Emergency.

## COMPLAINT

I.    State the grounds for filing this case in Federal Court (include federal statutes and/or
U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a
short and plain statement of the grounds for the court's jurisdiction.):

441 voting                    Anderson v. Celebreze
voting Rights Act of 1965     46 US 780 787, 1983
9th Amendment + 13th Amendments
11th Amendment + 15th Amendment
19th Amendment
42 USC § 1983 Claim

Jurisdiction - Defendants is past US government
has jurisdiction pursuant to Article III of US Constitution
28 USC § 1331 + 1343 (a)(3) + (4)
42 USC § 1983
Declaratory + Injunctive Relief authorized by 28 USC § 2201 + 2202
SD 28 USC § 1391(b)

DSD 12-12

II.    Plaintiff, _Clayton G. Walker_    resides at

_5445 medallion Dr_
(street address)

_Black Hawk_ , _pennington_ ,
(city)                    (county)

_South Dakota, 51719, 605-716-7838_
(state)        (zip)    (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III.    Defendant, _Shantel Krebs_    resides at, or its business is located at

_500 E capitol_
(street address)

_Pierre_ , _Hughes_ ,
(city)                    (county)

_South Dakota_ , _57501_ , _605-773-3537_
(state)        (zip)    (telephone number)

(If more than one defendant, provide the same information for each defendant below)
_Shantel Krebs Individual Capacity_
_secretary of State office - 500 E capitol_
_State of South Dakota - 500 E capitol_
_United States of America, the soil of the US. @_
                                            _37.0902° N_
                                            _95.7129° W_

2

DSD 12-12

IV.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Mr. Walker is an Independent, who is a member of the Independent political party of south Dakota. The secretary of state shantel Krebs has stated on the state of south Dakota web page @ SDSOS.gov that Independents are not a political party in south Dakota. This is a Defamation of character of a libel civil wrong. The SOS is trying to get rid of the 3rd party here is SD. we have been for years. SD has a history of trying to stop Independents candidates. SB 69 was trying to prevent any registered Democrats or Rebulican from signing an Independant Nominating petition. Legislators have wrongly applied the standards of party primaries to Independent candidates. Independents politicans have rarely held high offices in the united states history. George Washington was the only president elected as an Independent 42% of Americans now view themselves as Independent. tho the laws are stoping the party from Running + making it harder to run. legistators have violating the entire political party. Mr. Walker has Been fighting for = rights for all of the Independant political partys since 2011 Independant parties have their own views. Just as major partys do. Independents are parties + Non-Affilitaded are Not parties

over ——>

V.    Relief (State briefly and exactly what you want the Court to do for you.)

Rule on the Federal question is the Independents a political party? plaintiff seeks declaratory + Injuntive relief, monentarcy Relief, tempary until the court can Rule permanently. To Rule in favor of the plaintiff under the Voting Rights Act of 1965 + 15 Amendment 1870

✱ Declare an Emergency

Walker Asks for oral Argument

✱ Keeping All Amendments enforced.

3

DSD 12-12

In talking with the Elections supervisor Lori Severson at the pennington County Auditor's office the state has Republican, Democrats, Libertarian party, Constitutional party, Other, No party Affliatted and Independent in which one can register as. In talking with Vicki walker asked if Independents is a political party. She stated "yes" Independents is a political party in South Dakota. 42% of Americans view themselfs as Independent, we have seen an Increase of Independent voters, But Not Independant candidats Because of the two party System we have. Independents candidats have rarely Increased because of these Unconstitutional Laws. lets Look at Bernie Sandrs, Bernie is the longest serving Independent member of Congress in American history, But Sanders Caucos's with the Democrats so he is Affliatted with parties. (https://news.yahoo.com) "Vermont Independent Sen. Bernie Sandrs. SoS office hus slander + Libel Defamation of Character on the Independent Political Parties.

the Public has the right to vote for anyone they choose under the Right to vote Act of 1965

VI.    **MONEY DAMAGES:**

    **A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [X]          NO [ ]

    **B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

    15 million for the defamation of character of libel & Slander a civil wrong and 1 million for Each day it's on the SOS web page at SDSOS.gov. from this date forward.

    # to Declare an Emergency

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [X]          NO [ ]

VIII.    Are you requesting a Jury Trial?

        YES [ ]          NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of January, 2018

_____

_____

_____

                    Signature of Plaintiff[s]

4